**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Colorado__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**                  Eagle Valley Clean Energy, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**     4  5  _  2  8  9  6  0  9  6

4. **Debtor's address**

   **Principal place of business**

   230        Park Avenue
   Number     Street

   Suite 1560

   New York              NY       10169
   City                  State    ZIP Code

   New York
   County

   **Mailing address, if different from principal place
   of business**

   Number     Street

   P.O. Box

   City                  State    ZIP Code

   **Location of principal assets, if different from
   principal place of business**

   10755      US Highway 6
   Number     Street

   Eagle County

   Gypsum              CO       81637
   City                State    ZIP Code

5. **Debtor's website** (URL)

Debtor  Eagle Valley Clean Energy, LLC
_____
Name

Case number (if known)_____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2   2   1   2

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| Debtor | Eagle Valley Clean Energy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other Energy plant, fuel and related materials

Where is the property? 10755 US Highway 6
Number      Street

Eagle County

Gypsum                              CO 81637
City                                State ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency Alliant Insurance Services, Inc

Contact name Steve Cuccinelli

Phone (628) 502-2825

---

**Statistical and administrative information**

---

DocuSign Envelope ID: 9A8A36BB-3597-4C65-9350-0DBA3081BE05

| Debtor | Eagle Valley Clean Energy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49 ☐ 1,000-5,000 ☐ 25,001-50,000
☐ 50-99 ☐ 5,001-10,000 ☐ 50,001-100,000
☐ 100-199 ☐ 10,001-25,000 ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☐ $0-$50,000 ☑ $1,000,001-$10 million ☐ $500,000,001-$1 billion
☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion
☐ $50,001-$100,000 ☑ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/16/2024
              MM / DD / YYYY

✖ *Matthew Murphy*                           Matthew Murphy
Signature of authorized representative of debtor       Printed name

Title   Authorized Person

---

Debtor    Eagle Valley Clean Energy, LLC
          _____          Case number *(if known)*_____
          Name

**18. Signature of attorney**    ✖   /s/ Michael L. Schuster, Esq          Date    04/17/2024
                                     _____              _____
                                     Signature of attorney for debtor                     MM   / DD / YYYY

                                     Michael Schuster
                                     _____
                                     Printed name
                                     Polsinelli PC
                                     _____
                                     Firm name
                                     1401          Lawrence Street, Unit 2300
                                     _____
                                     Number      Street
                                     Denver                                   CO          80202
                                     _____         _____       _____
                                     City                                     State       ZIP Code

                                     303-572-9300                             mschuster@polsinelli.com
                                     _____         _____
                                     Contact phone                            Email address

                                     51773                                    CO
                                     _____         _____
                                     Bar number                               State

**Fill in this information to identify the case:**

Debtor name _Eagle Valley Clean Energy, LLC_

United States Bankruptcy Court for the: _____ District of _Colorado_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _01/01/2024_ to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _1,335,808.00_ |
| **For prior year:** | From _01/01/2023_ to _12/31/2024_<br>MM / DD / YYYY          MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _9,016,555.00_ |
| **For the year before that:** | From _01/01/2022_ to _12/31/2022_<br>MM / DD / YYYY          MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _10,640,141.00_ |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY          MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY          MM / DD / YYYY | _____ | $ _____ |

Debtor    Eagle Valley Clean Energy, LLC
_____
        Name                                                    Case number (if known)_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers   including expense reimbursements   to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Schedule<br>Creditor's name<br><br>Street<br><br>City                State        ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City                State        ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br><br>Street<br><br>City                State        ZIP Code<br><br>**Relationship to debtor** | _____<br>_____<br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br>City                State        ZIP Code<br><br>**Relationship to debtor** | _____<br>_____<br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Debtor    Eagle Valley Clean Energy, LLC
_____          Case number (if known)_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |
| Case title | | Court or agency's name and address | ☐ Pending |
| 7.2. | | | ☐ On appeal |
| | | Name | ☐ Concluded |
| Case number | | Street | |
| | | City          State          ZIP Code | |

Debtor    Eagle Valley Clean Energy, LLC
          _____        Case number *(if known)* _____
          Name

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | |
| _____ | **Case number** | Name |
| City          State     ZIP Code | _____ | Street |
| | **Date of order or assignment** | City      State      ZIP Code |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

Debtor    Eagle Valley Clean Energy, LLC
_____    Case number *(if known)*_____
          Name

---

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Locke Lord LLP | | Jan - Feb 2024 | $ 175,000.00 |
| | **Address** | | | |
| | 200 Vesey Street, 20th Floor | | | |
| | Street | | | |
| | New York          NY   10281 | | | |
| | City              State   ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | Polsinelli PC | | March 2024 | $ 25,000 |
| | **Address** | | | |
| | 1401 Lawrence Street, Suite 2300 | | | |
| | Street | | | |
| | Denver            CO   80202 | | | |
| | City              State   ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | _____ | $_____ |
| **Trustee** | | | |
| | | | |

---

Debtor     Eagle Valley Clean Energy, LLC         Case number *(if known)*_____
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property   by sale, trade, or any other means   made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City     State    ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City     State    ZIP Code | |

Debtor   Eagle Valley Clean Energy, LLC
_____   Case number (if known)_____
         Name

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

diagnosing or treating injury, deformity, or disease, or

providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name _____ | _____ | _____ |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City        State        ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. Facility name _____ | _____ | _____ |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City        State        ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

Debtor ___Eagle Valley Clean Energy, LLC_____     Case number (if known)_____
         Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | Eagle Valley Clean Energy, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ City          State        ZIP Code | _____ | _____ | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| _____ | _____ City          State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ Name | _____ | |
| _____ Street | _____ Street | _____ | |
| _____ City          State        ZIP Code | _____ City          State        ZIP Code | | |

---

Debtor  Eagle Valley Clean Energy, LLC
       _____
       Name                                              Case number (if known)_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____    To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____    To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____    To _____ |

---

Debtor   Eagle Valley Clean Energy, LLC
     Name

Case number (if known)_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Greenbacker Capital<br>Name<br>230 Park Avenue, Suite 1560<br>Street<br><br>New York       NY    10169<br>City      State    ZIP Code | From 2019  To 2024 |
| **26a.2.** _____<br>Name<br>_____<br>Street<br>_____<br>City      State    ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** WSRP<br>Name<br>155 North 400 West, Suite 400<br>Street<br><br>Salt Lake City    Utah    84103<br>City      State    ZIP Code | From 2019  To 2023 |
| **26b.2.** _____<br>Name<br>_____<br>Street<br>_____<br>City      State    ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** _____<br>Name<br>_____<br>Street<br>_____<br>City      State    ZIP Code | _____<br>_____<br>_____ |

Debtor    Eagle Valley Clean Energy, LLC
          _____        Case number *(if known)*_____
          Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ Name | _____ |
|  | _____ Street | _____ |
|  | _____ | _____ |
|  | City                    State           ZIP Code |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

|  | Name and address |
|---|---|
| 26d.1. | Rural Utilities Services, United States Department of Agriculture |
|  | Name |
|  | 1400 Independence Avenue, S.W. |
|  | Street |
|  | Washington D.C.                                    20250 |
|  | City                    State           ZIP Code |

|  | Name and address |
|---|---|
| 26d.2. | _____ |
|  | Name |
|  | _____ |
|  | Street |
|  | _____ |
|  | City                    State           ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                    State           ZIP Code |

Debtor __Eagle Valley Clean Energy, LLC_____ Case number *(if known)*_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

      _____
      Street

      _____
      City                           State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Murphy | 230 Park Avenue, Suite 1560 New York, New York 10169 | Authorized Person | 0 |
| EVCE Holdco LLC | 230 Park Avenue, Suite 1560 New York, New York 10169 | Holding Company | 100 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code<br>Relationship to debtor<br>_____ | _____ | _____<br>_____<br>_____<br>_____ | _____ |

Debtor _____Eagle Valley Clean Energy, LLC_____      Case number *(if known)*_____
　　　　　　　Name

| 30.2 | Name and address of recipient | | _____ _____ _____ |
|------|-------------------------------|--|----------------------|

**Name and address of recipient**

30.2

_____      _____
Name

_____      _____
Street

_____
_____      _____
City                     State        ZIP Code

**Relationship to debtor**                        _____

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Greenbacker Renewable Energy Corporation and Subsidiary | EIN: __4__ __5__ – __4__ __0__ __2__ __9__ __8__ __1__ __7__ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
|                          | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___         |

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____4/16/2024____
　　　　　　　MM / DD / YYYY

✖  *Matthew Murphy*
　　A23E3CC4FDE1468...
Signature of individual signing on behalf of the debtor          Printed name  Matthew Murphy

Position or relationship to debtor  __Authorized Person__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# Payables Payment Register

## ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS ITEM 3.1

**Bank** Chase

**Branch** 021000021 - Tampa

**Bank Account Name** Eagle Valley Clean Energy x5792

**Bank Account Currency** USD

**Payment Currency** USD

**Payment Document** Electronic Payment

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| 39840 | 1/4/24 | Global Risk Consultants Corp. | Woodbridge,NJ | 10,650.00 | 1/24 | 10,650.00 | Cleared |
| Supplier Address | 10 Woodbridge Center Drive, Suite 7 Woodbridge NJ 07095 US | | | | | | |
| 39841 | 1/4/24 | Helena Agri-Enterprises, LLC | Greeley, CO | 7,568.78 | 1/24 | 7,568.78 | Cleared |
| Supplier Address | 24330 US HWY 34 Greeley CO 80631 US | | | | | | |
| 39843 | 1/4/24 | THOMPSON WELDING LLC | THOMPSON | 11,501.00 | 1/24 | 11,501.00 | Cleared |
| Supplier Address | PO Box 687 Eagle CO 81631 US | | | | | | |
| 39865 | 1/3/24 | West Range Forest Products | Gypsum, CO | 220,882.00 | 1/24 | 220,882.00 | Cleared |
| Supplier Address | PO Box 1598 Gypsum CO 81637 US | | | | | | |
| 39879 | 1/4/24 | Cintas Corporation No 2 | Cincinnati | 1,385.52 | 1/24 | 1,385.52 | Cleared |
| Supplier Address | PO Box 636525 Cincinnati OH 45263 US | | | | | | |
| 39882 | 1/4/24 | COLLETT ENTERPRISES INC | COLLETT | 1,306.26 | 1/24 | 1,306.26 | Cleared |
| Supplier Address | PO Box 439 Gypsum CO 81637 US | | | | | | |
| 39888 | 1/4/24 | Danforth Shared Services LLC | New York, NY | 1,875.00 | 1/24 | 1,875.00 | Cleared |
| Supplier Address | PO Box 4222 New York NY 10163 US | | | | | | |
| 39906 | 1/4/24 | Evoqua Water Technologies | Pittsburgh, PA | 673.20 | 1/24 | 673.20 | Cleared |
| Supplier Address | 210 6th Ave STE 3300 Pittsburgh PA 15222 | | | | | | |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| | US | | | | | | |
| 39912 | 1/4/24 | Gerard Brothers Partnership | Gerard Brothers | 11,660.00 | 1//24 | 11,660.00 | Cleared |
| Supplier Address | 899 Dagget Lane Gypsum CO 81637 US | | | | | | |
| 39914 | 1/4/24 | Greenbacker Renewable Energy | NY, NY | 289,234.79 | 1//24 | 289,234.79 | Cleared |
| Supplier Address | 230 Park Ave Suite 1560 NY NY 10169 US | | | | | | |
| 39918 | 1/4/24 | Honnen Equipment Co | Denver | 16,695.66 | 1//24 | 16,695.66 | Cleared |
| Supplier Address | PO Box 561568 Denver CO 80256-1568 US | | | | | | |
| 39925 | 1/4/24 | Kurita America Inc. | Kurita America Inc. | 3,890.70 | 1//24 | 3,890.70 | Cleared |
| Supplier Address | PO Box 851361 Minneapolis MN 55485 US | | | | | | |
| 39929 | 1/4/24 | LTJ Industrial Services, LLC | LTJ | 13,556.91 | 1//24 | 13,556.91 | Cleared |
| Supplier Address | 22505 Highway 6 Rifle CO 81650 US | | | | | | |
| 39976 | 1/4/24 | Sunstate Equipment Co., LLC | Phoenix, AZ | 9,994.37 | 1//24 | 9,994.37 | Cleared |
| Supplier Address | 5552 E Washington St Phoenix AZ 85034 US | | | | | | |
| 39977 | 1/4/24 | TEREX USA LLC | Chicago, IL | 31,117.11 | 1//24 | 31,117.11 | Cleared |
| Supplier Address | 4686 Collections Center Dive Chicago IL 60693 US | | | | | | |
| 39979 | 1/4/24 | TRE Environmental Strategies, | Fort Collins, CO | 1,220.00 | 1//24 | 1,220.00 | Cleared |
| Supplier Address | 100 Racquette Drive Fort Collins CO 80524 US | | | | | | |
| 39992 | 1/4/24 | CenturyLink | Seattle | 268.65 | 1//24 | 268.65 | Cleared |
| Supplier Address | PO Box 91155 Seattle WA 98111 US | | | | | | |
| 40069 | 1/11/24 | Wellons, Inc. | Wellons, Inc. | 2,400.00 | 1//24 | 2,400.00 | Cleared |
| Supplier Address | 2525 W Firestone Lane Vancouver WA 98660 US | | | | | | |
| 40078 | 1/10/24 | United States Treasury | United States | 85,000.00 | 1//24 | 85,000.00 | Cleared |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| **Supplier Address** | 4300 Godsfellow Blvd<br>St. Louis MO 63120<br>US | | | | | | |
| 40121 | 1/11/24 | COLLETT ENTERPRISES INC | COLLETT | 1,259.04 | 1//24 | 1,259.04 | Cleared |
| **Supplier Address** | PO Box 439<br>Gypsum CO 81637<br>US | | | | | | |
| 40122 | 1/11/24 | Colorado Analytical Laboratory | Brighton, CO | 63.00 | 1//24 | 63.00 | Cleared |
| **Supplier Address** | PO Box 507<br>Brighton CO 80601<br>US | | | | | | |
| 40145 | 1/11/24 | NAPA Auto Parts | Glenwood Spring, | 204.05 | 1//24 | 204.05 | Cleared |
| **Supplier Address** | 3024 S Glen Ave<br>Glenwood Springs CO 81601<br>US | | | | | | |
| 40159 | 1/11/24 | PIC Group Inc | Atlanta, GA | 12,316.80 | 1//24 | 12,316.80 | Cleared |
| **Supplier Address** | PO Box 934890<br>Atlanta GA 31193-4890<br>US | | | | | | |
| 40327 | 1/17/24 | West Range Forest Products | Gypsum, CO | 145,461.69 | 1//24 | 145,461.69 | Cleared |
| **Supplier Address** | PO Box 1598<br>Gypsum CO 81637<br>US | | | | | | |
| 40349 | 1/18/24 | Ireland Stapleton Pryor & | Ireland Stapleton | 115.00 | 1//24 | 115.00 | Cleared |
| **Supplier Address** | 717 17th Street Suite 2800<br>Denver CO 80202<br>US | | | | | | |
| 40378 | 1/18/24 | THOMPSON WELDING LLC | THOMPSON | 703.00 | 1//24 | 703.00 | Cleared |
| **Supplier Address** | PO Box 687<br>Eagle CO 81631<br>US | | | | | | |
| 40432 | 1/18/24 | Cintas Corporation No 2 | Cincinnati | 193.87 | 1//24 | 193.87 | Cleared |
| **Supplier Address** | PO Box 636525<br>Cincinnati OH 45263<br>US | | | | | | |
| 40437 | 1/18/24 | COLLETT ENTERPRISES INC | COLLETT | 2,179.74 | 1//24 | 2,179.74 | Cleared |
| **Supplier Address** | PO Box 439<br>Gypsum CO 81637<br>US | | | | | | |
| 40438 | 1/18/24 | Colorado Analytical Laboratory | Brighton, CO | 170.00 | 1//24 | 170.00 | Cleared |
| **Supplier Address** | PO Box 507<br>Brighton CO 80601 | | | | | | |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | US |
| 40461 | 1/18/24 | Gerard Brothers Partnership | Gerard Brothers | 9,900.00 | 1/24 | 9,900.00 | Cleared |
| Supplier Address | 899 Dagget Lane Gypsum CO 81637 US | | | | | | |
| 40489 | 1/18/24 | Locke Lord LLP | locke | 175,000.00 | 1/24 | 175,000.00 | Cleared |
| Supplier Address | 2200 Ross Avenue, Suite 2800 Dallas Texas 75201 US | | | | | | |
| 40521 | 1/18/24 | Smoky Hill Engineering LLC | Aurora, CO | 3,680.00 | 1/24 | 3,680.00 | Cleared |
| Supplier Address | 25397 E Geddes PL Aurora CO 80016 US | | | | | | |
| 40583 | 1/20/24 | Holy Cross Energy | Holy Cross Energy | 7,661.82 | 1/24 | 7,661.82 | Cleared |
| Supplier Address | 3799 Highway 82 PO Box 2150 Glenwood Springs CO 81602-2150 US | | | | | | |
| 40585 | 1/19/24 | Alliant Insurance Services, Inc. | CHASE-GREC1 | 283,060.46 | 1/24 | 283,060.46 | Cleared |
| Supplier Address | PO Box 8377 Pasadena CA 91109 US | | | | | | |
| 40610 | 1/24/24 | Air Sciences Inc. | CHASE-GREC1 | 0.00 | 1/24 | | Cleared |
| Supplier Address | 4626 North 300 West 3rd Floor Provo UT 84604 US | | | | | | |
| 40963 | 1/27/24 | Air Sciences Inc. | Provo, UT | 4,029.25 | 1/24 | 4,029.25 | Cleared |
| Supplier Address | 4626 North 300 West 3rd Floor Provo UT 84604 US | | | | | | |
| 40980 | 1/27/24 | Cintas Corporation No 2 | Cincinnati | 387.74 | 1/24 | 387.74 | Cleared |
| Supplier Address | PO Box 636625 Cincinnati OH 45263 US | | | | | | |
| 40983 | 1/27/24 | Colorado Analytical Laboratory | Brighton, CO | 63.00 | 1/24 | 63.00 | Cleared |
| Supplier Address | PO Box 507 Brighton CO 80601 US | | | | | | |
| 41029 | 1/27/24 | NAPA Auto Parts | Glenwood Spring, | 82.48 | 1/24 | 82.48 | Cleared |
| Supplier Address | 3024 S Glen Ave Glenwood Springs CO 81601 US | | | | | | |
| 41054 | 1/27/24 | Smoky Hill Engineering LLC | Aurora, CO | 7,820.00 | 1/24 | 7,820.00 | Cleared |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| **Supplier Address** | 25397 E Geddes PL<br>Aurora CO 80016<br>US | | | | | | |
| 41075 | 1/27/24 | Colorado Department of Public | Denver, CO | 298.00 | 2/24 | 298.00 | Cleared |
| **Supplier Address** | 4300 Cherry Creek Drive South APCD-SS-B1<br>Denver CO 80246-1530<br>US | | | | | | |
| 41109 | 1/27/24 | Wellons, Inc. | Wellons, Inc. | 2,771.25 | 2/24 | 2,771.25 | Cleared |
| **Supplier Address** | 2525 W Firestone Lane<br>Vancouver WA 98660<br>US | | | | | | |
| 41145 | 1/1/24 | Vail Honeywagon | Vail Honeywagon | 231.79 | 1/24 | 231.79 | Cleared |
| **Supplier Address** | P.O. Box 4330<br>Edwards CO 81632-4330<br>US | | | | | | |
| 41223 | 2/1/24 | Wagner Equipment Co. | Denver, CO | 102.92 | 2/24 | 102.92 | Cleared |
| **Supplier Address** | PO BOX 919000<br>Denver CO 80291-9000<br>US | | | | | | |
| 41224 | 2/1/24 | Wellons, Inc. | Wellons, Inc. | 74,400.00 | 2/24 | 74,400.00 | Cleared |
| **Supplier Address** | 2525 W Firestone Lane<br>Vancouver WA 98660<br>US | | | | | | |
| 41236 | 1/31/24 | West Range Forest Products | Gypsum, CO | 225,185.94 | 1/24 | 225,185.94 | Cleared |
| **Supplier Address** | PO Box 1598<br>Gypsum CO 81637<br>US | | | | | | |
| 41264 | 2/1/24 | Airgas USA, LLC | Dallas, TX | 585.04 | 1/24 | 585.04 | Cleared |
| **Supplier Address** | PO Box 734671<br>Dallas TX 75373-4671<br>US | | | | | | |
| 41274 | 2/1/24 | Applied Industrial Technologies | Chicago, IL | 5,464.93 | 1/24 | 5,464.93 | Cleared |
| **Supplier Address** | 22510 Network Place<br>Chicago IL 60673-1225<br>US | | | | | | |
| 41285 | 2/1/24 | Cintas Corporation No 2 | Cincinnati | 210.54 | 1/24 | 210.54 | Cleared |
| **Supplier Address** | PO Box 636525<br>Cincinnati OH 45263<br>US | | | | | | |
| 41290 | 2/1/24 | COLLETT ENTERPRISES INC | COLLETT | 3,260.93 | 1/24 | 3,260.93 | Cleared |
| **Supplier Address** | PO Box 439<br>Gypsum CO 81637 | | | | | | |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| 41291 | 2/1/24 | Colorado Analytical Laboratory | Brighton, CO | 95.00 | 1/24 | 95.00 | Cleared |
| Supplier Address | PO Box 507 Brighton CO 80601 US | | | | | | |
| 41332 | 2/1/24 | Hazen Research, Inc. | Golden, CO | 1,410.00 | 1/24 | 1,410.00 | Cleared |
| Supplier Address | 4601 Indiana Street Golden CO 80403 US | | | | | | |
| 41343 | 2/1/24 | Kurita America Inc. | Kurita America Inc. | 11,820.89 | 1/24 | 11,820.89 | Cleared |
| Supplier Address | PO Box 851361 Minneapolis MN 55485 US | | | | | | |
| 41349 | 2/1/24 | LTJ Industrial Services, LLC | LTJ | 1,534.50 | 1/24 | 1,534.50 | Cleared |
| Supplier Address | 22505 Highway 6 Rifle CO 81650 US | | | | | | |
| 41359 | 2/1/24 | NAPA Auto Parts | Glenwood Spring. | 31.71 | 1/24 | 31.71 | Cleared |
| Supplier Address | 3024 S Glen Ave Glenwood Springs CO 81601 US | | | | | | |
| 41370 | 2/1/24 | PIC Group Inc | Atlanta, GA | 168,540.22 | 1/24 | 168,540.22 | Cleared |
| Supplier Address | PO Box 934890 Atlanta GA 31193-4890 US | | | | | | |
| 41387 | 2/1/24 | Smoky Hill Engineering LLC | Aurora, CO | 3,100.00 | 1/24 | 3,100.00 | Cleared |
| Supplier Address | 25397 E Geddes PL Aurora CO 80016 US | | | | | | |
| 41406 | 2/1/24 | Wylaco Supply Company | Wylaco Supply | 216.59 | 1/24 | 216.59 | Cleared |
| Supplier Address | 780 Highway 6 Gypsum CO 81637 US | | | | | | |
| 41417 | 1/18/24 | Town of Gypsum | Town of Gypsum | 105.68 | 1/24 | 105.68 | Cleared |
| Supplier Address | PO Box 130 Gypsum CO 81637 US | | | | | | |
| 41460 | 2/5/24 | CenturyLink | Seattle | 268.43 | 2/24 | 268.43 | Cleared |
| Supplier Address | PO Box 91155 Seattle WA 98111 US | | | | | | |
| 41516 | 2/8/24 | Applied Industrial Technologies | Chicago, IL | 687.92 | 2/24 | 687.92 | Cleared |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| Supplier Address | 22510 Network Place Chicago IL 60673-1225 US | | | | | | |
| 41520 | 2/8/24 | Cintas Corporation No 2 | Cincinnati | 210.54 | 2//24 | 210.54 | Cleared |
| Supplier Address | PO Box 636525 Cincinnati OH 45263 US | | | | | | |
| 41523 | 2/8/24 | COLLETT ENTERPRISES INC | COLLETT | 2,913.87 | 2//24 | 2,913.87 | Cleared |
| Supplier Address | PO Box 439 Gypsum CO 81637 US | | | | | | |
| 41524 | 2/8/24 | Colorado Analytical Laboratory | Brighton, CO | 170.00 | 2//24 | 170.00 | Cleared |
| Supplier Address | PO Box 507 Brighton CO 80601 US | | | | | | |
| 41532 | 2/8/24 | DPC INDUSTRIES, INC | Dallas, TX | 7,977.27 | 2//24 | 7,977.27 | Cleared |
| Supplier Address | PO Box 301023 Dallas TX 75303 US | | | | | | |
| 41537 | 2/8/24 | Evoqua Water Technologies | Pittsburgh, PA | 673.20 | 2//24 | 673.20 | Cleared |
| Supplier Address | 210 6th Ave STE 3300 Pittsburgh PA 15222 US | | | | | | |
| 41554 | 2/8/24 | Kunta America Inc. | Kunta America Inc. | 266.66 | 2//24 | 266.66 | Cleared |
| Supplier Address | PO Box 851361 Minneapolis MN 55485 US | | | | | | |
| 41565 | 2/8/24 | PIC Group Inc | Atlanta, GA | 20,782.39 | 2//24 | 20,782.39 | Cleared |
| Supplier Address | PO Box 934890 Atlanta GA 31193-4890 US | | | | | | |
| 41580 | 2/8/24 | Triple B Inc | Grand Junction, CO | 1,760.00 | 2//24 | 1,760.00 | Cleared |
| Supplier Address | 581 Ford Street Grand Junction Colorado 81504 US | | | | | | |
| 41603 | 2/8/24 | Copy Plus, Inc. | Eagle, CO | 700.09 | 2//24 | 700.09 | Cleared |
| Supplier Address | PO Box 3551 Eagle CO 81631 US | | | | | | |
| 41606 | 2/8/24 | Wagner Equipment Co. | Denver, CO | 102.92 | 2//24 | 102.92 | Cleared |
| Supplier Address | PO BOX 919000 Denver CO 80291-9000 | | | | | | |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| | | | US | | | | |
| 41683 | 2/14/24 | West Range Forest Products | Gypsum, CO | 181,082.57 | 2//24 | 181,082.57 | Cleared |
| Supplier Address | PO Box 1598 Gypsum CO 81637 US | | | | | | |
| 41693 | 2/15/24 | Helena Agri-Enterprises, LLC | Greeley, CO | 8,877.70 | 2//24 | 8,877.70 | Cleared |
| Supplier Address | 24330 US HWY 34 Greeley CO 80631 US | | | | | | |
| 41704 | 2/15/24 | 4 Rivers Equipment, LLC | Greeley, CO | 26,072.42 | 2//24 | 26,072.42 | Cleared |
| Supplier Address | 1557 Promontory Circle, Suite 110 Greeley CO 80634 US | | | | | | |
| 41726 | 2/15/24 | Cintas Corporation No 2 | Cincinnati | 210.54 | 2//24 | 210.54 | Cleared |
| Supplier Address | PO Box 636525 Cincinnati OH 45263 US | | | | | | |
| 41728 | 2/15/24 | Colorado Analytical Laboratory | Brighton, CO | 166.00 | 2//24 | 166.00 | Cleared |
| Supplier Address | PO Box 507 Brighton CO 80601 US | | | | | | |
| 41735 | 2/15/24 | DPC INDUSTRIES, INC | Dallas, TX | 6,663.55 | 2//24 | 6,663.55 | Cleared |
| Supplier Address | PO Box 301023 Dallas TX 75303 US | | | | | | |
| 41754 | 2/15/24 | Hazen Research, Inc. | Golden, CO | 846.00 | 2//24 | 846.00 | Cleared |
| Supplier Address | 4601 Indiana Street Golden CO 80403 US | | | | | | |
| 41770 | 2/15/24 | NAPA Auto Parts | Glenwood Spring, | 236.06 | 2//24 | 236.06 | Cleared |
| Supplier Address | 3024 S Glen Ave Glenwood Springs CO 81601 US | | | | | | |
| 41803 | 2/15/24 | Western Slope Iron & Supply | Western Slope Iron | 1,288.32 | 2//24 | 1,288.32 | Cleared |
| Supplier Address | 670 23 Road Grand Junction CO 81505 US | | | | | | |
| 41940 | 2/22/24 | Holy Cross Energy | Holy Cross Energy | 10,693.74 | 2//24 | 10,693.74 | Cleared |
| Supplier Address | 3799 Highway 82 PO Box 2150 Glenwood Springs CO 81602-2150 US | | | | | | |
| 42000 | 2/26/24 | Fastenal | CHASE-GREC1 | 0.00 | 2//24 | | Cleared |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| Supplier Address | P.O. Box 1286<br>Winona MN 55987-1286<br>US | | | | | | |
| 42009 | 2/27/24 | First Insurance Funding | Northbrook,IL | 214,790.37 | 2/2/24 | 214,790.37 | Cleared |
| Supplier Address | 450 Skokie Blvd, Suite 1000<br>Northbrook IL 60062-7917<br>US | | | | | | |
| 42012 | 2/27/24 | West Range Forest Products | Gypsum, CO | 281,495.61 | 2/2/24 | 281,495.61 | Cleared |
| Supplier Address | PO Box 1598<br>Gypsum CO 81637<br>US | | | | | | |
| 42061 | 2/28/24 | Air Sciences Inc. | Provo, UT | 2,182.00 | 2/2/24 | 2,182.00 | Cleared |
| Supplier Address | 4626 North 300 West 3rd Floor<br>Provo UT 84604<br>US | | | | | | |
| 42068 | 2/28/24 | Applied Industrial Technologies | Chicago, IL | 1,824.00 | 2/2/24 | 1,824.00 | Cleared |
| Supplier Address | 22510 Network Place<br>Chicago IL 60673-1225<br>US | | | | | | |
| 42073 | 2/28/24 | Black Timber Industrial, LLC | Silt | 6,654.04 | 2/2/24 | 6,654.04 | Cleared |
| Supplier Address | 11473 County Road 133<br>Silt CO 81652<br>US | | | | | | |
| 42076 | 2/28/24 | Cintas Corporation No 2 | Cincinnati | 421.08 | 2/2/24 | 421.08 | Cleared |
| Supplier Address | PO Box 636525<br>Cincinnati OH 45263<br>US | | | | | | |
| 42088 | 2/28/24 | Cogency Global Inc. | New York, NY | 50.00 | 2/2/24 | 50.00 | Cleared |
| Supplier Address | 122 42nd Street, 18FL<br>New York NY 10168<br>US | | | | | | |
| 42099 | 2/28/24 | COLLETT ENTERPRISES INC | COLLETT | 5,781.26 | 2/2/24 | 5,781.26 | Cleared |
| Supplier Address | PO Box 439<br>Gypsum CO 81637<br>US | | | | | | |
| 42100 | 2/28/24 | Colorado Analytical Laboratory | Brighton, CO | 63.00 | 2/2/24 | 63.00 | Cleared |
| Supplier Address | PO Box 507<br>Brighton CO 80601<br>US | | | | | | |
| 42110 | 2/28/24 | Evoqua Water Technologies | Pittsburgh, PA | 2,586.80 | 2/2/24 | 2,586.80 | Cleared |
| Supplier Address | 210 6th Ave STE 3300<br>Pittsburgh PA 15222 | | | | | | |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| 42111 | 2/28/24 | Fastenal | Fastenal Company | 1,248.81 | 2//24 | 1,248.81 | Cleared |
| Supplier Address | P.O. Box 1286<br>Winona MN 55987-1286<br>US | | | | | | |
| 42133 | 2/28/24 | Kurita America Inc. | Kurita America Inc. | 1,006.38 | 2//24 | 1,006.38 | Cleared |
| Supplier Address | PO Box 851361<br>Minneapolis MN 55485<br>US | | | | | | |
| 42148 | 2/28/24 | NAPA Auto Parts | Glenwood Spring, | 109.52 | 2//24 | 109.52 | Cleared |
| Supplier Address | 3024 S Glen Ave<br>Glenwood Springs CO 81601<br>US | | | | | | |
| 42156 | 2/28/24 | PIC Group Inc | Atlanta, GA | 176,017.25 | 2//24 | 176,017.25 | Cleared |
| Supplier Address | PO Box 934890<br>Atlanta GA 31193-4890<br>US | | | | | | |
| 42179 | 2/28/24 | Siemens Energy, Inc. | Siemens Energy, | 9,701.44 | 2//24 | 9,701.44 | Cleared |
| Supplier Address | Dept. CH 10169<br>Palatine IL 60055<br>US | | | | | | |
| 42190 | 2/28/24 | Triple B Inc | Grand Junction, CO | 3,750.00 | 2//24 | 3,750.00 | Cleared |
| Supplier Address | 581 Ford Street<br>Grand Junction Colorado 81504<br>US | | | | | | |
| 42200 | 2/28/24 | Wylaco Supply Company | Wylaco Supply | 276.33 | 2//24 | 276.33 | Cleared |
| Supplier Address | 780 Highway 6<br>Gypsum CO 81637<br>US | | | | | | |
| 42204 | 2/28/24 | Colorado Department of Public | Denver, CO | 4,538.06 | 3//24 | 4,538.06 | Cleared |
| Supplier Address | 4300 Cherry Creek Drive South APCD-SS-B1<br>Denver CO 80246-1530<br>US | | | | | | |
| 42216 | 2/28/24 | THOMPSON WELDING LLC | THOMPSON | 1,211.09 | 3//24 | 1,211.09 | Cleared |
| Supplier Address | PO Box 687<br>Eagle CO 81631<br>US | | | | | | |
| 42222 | 2/28/24 | Wagner Rents Inc | Denver, CO | 10,753.35 | 3//24 | 10,753.35 | Cleared |
| Supplier Address | PO BOX 919000<br>Denver CO 80291-9000<br>US | | | | | | |
| 42274 | 2/19/24 | Town of Gypsum | Town of Gypsum | 130.35 | 2//24 | 130.35 | Cleared |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| Supplier Address | PO Box 130 Gypsum CO 81637 US | | | | | | |
| 42367 | 3/7/24 | Airgas USA, LLC | Dallas, TX | 585.04 | 3/24 | 585.04 | Cleared |
| Supplier Address | PO Box 734671 Dallas TX 75373-4671 US | | | | | | |
| 42378 | 3/7/24 | Cintas Corporation No 2 | Cincinnati | 229.58 | 3/24 | 229.58 | Cleared |
| Supplier Address | PO Box 636525 Cincinnati OH 45263 US | | | | | | |
| 42380 | 3/7/24 | COLLETT ENTERPRISES INC | COLLETT | 1,416.94 | 3/24 | 1,416.94 | Cleared |
| Supplier Address | PO Box 439 Gypsum CO 81637 US | | | | | | |
| 42381 | 3/7/24 | Colorado Analytical Laboratory | Brighton, CO | 87.00 | 3/24 | 87.00 | Cleared |
| Supplier Address | PO Box 507 Brighton CO 80601 US | | | | | | |
| 42402 | 3/7/24 | Kurita America Inc. | Kurita America Inc. | 592.30 | 3/24 | 592.30 | Cleared |
| Supplier Address | PO Box 851361 Minneapolis MN 55485 US | | | | | | |
| 42423 | 3/7/24 | Power Motive Corporation | Power Motive Corp. | 3,681.45 | 3/24 | 3,681.45 | Cleared |
| Supplier Address | P.O. Box 912377 Denver CO 80291-2377 US | | | | | | |
| 42425 | 3/7/24 | PVS DX Inc | Dallas, TX | 4,695.73 | 3/24 | 4,695.73 | Cleared |
| Supplier Address | PO Box 674938 Dallas TX 75267-4938 US | | | | | | |
| 42544 | 3/2/24 | CenturyLink | Seattle | 268.64 | 3/24 | 268.64 | Cleared |
| Supplier Address | PO Box 91155 Seattle WA 98111 US | | | | | | |
| 42555 | 3/14/24 | Helena Agri-Enterprises, LLC | Greeley, CO | 9,069.38 | 3/24 | 9,069.38 | Cleared |
| Supplier Address | 24330 US HWY 34 Greeley CO 80631 US | | | | | | |
| 42563 | 3/14/24 | Wagner Equipment Co. | Denver, CO | 96.28 | 3/24 | 96.28 | Cleared |
| Supplier Address | PO BOX 919000 Denver CO 80291-9000 | | | | | | |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| | US | | | | | | |
| 42570 | 3/14/24 | Airgas USA, LLC | Dallas, TX | 438.62 | 3/24 | 438.62 | Cleared |
| Supplier Address | PO Box 734671 | | | | | | |
| | Dallas TX 75373-4671 | | | | | | |
| | US | | | | | | |
| 42583 | 3/14/24 | COLLETT ENTERPRISES INC | COLLETT | 523.51 | 3/24 | 523.51 | Cleared |
| Supplier Address | PO Box 439 | | | | | | |
| | Gypsum CO 81637 | | | | | | |
| | US | | | | | | |
| 42598 | 3/14/24 | NAPA Auto Parts | Glenwood Spring, | 42.95 | 3/24 | 42.95 | Cleared |
| Supplier Address | 3024 S Glen Ave | | | | | | |
| | Glenwood Springs CO 81601 | | | | | | |
| | US | | | | | | |
| 42602 | 3/14/24 | PIC Group Inc | Atlanta, GA | 22,582.78 | 3/24 | 22,582.78 | Cleared |
| Supplier Address | PO Box 934890 | | | | | | |
| | Atlanta GA 31193-4890 | | | | | | |
| | US | | | | | | |
| 42633 | 3/13/24 | West Range Forest Products | Gypsum, CO | 328,720.82 | 3/24 | 328,720.82 | Cleared |
| Supplier Address | PO Box 1598 | | | | | | |
| | Gypsum CO 81637 | | | | | | |
| | US | | | | | | |
| 42636 | 3/11/24 | POLSINELLI PC | CHASE-GREC1 | 25,000.00 | 3/24 | 25,000.00 | Cleared |
| Supplier Address | 900 W 48th Place, Suite 900 | | | | | | |
| | Kansas City MO 64112 | | | | | | |
| | US | | | | | | |
| 42758 | 3/21/24 | 4 Rivers Equipment, LLC | Greeley, CO | 2,184.92 | 3/24 | 2,184.92 | Cleared |
| Supplier Address | 1557 Promontory Circle, Suite 110 | | | | | | |
| | Greeley CO 80634 | | | | | | |
| | US | | | | | | |
| 42764 | 3/21/24 | THOMPSON WELDING LLC | THOMPSON | 519.75 | 3/24 | 519.75 | Cleared |
| Supplier Address | PO Box 687 | | | | | | |
| | Eagle CO 81631 | | | | | | |
| | US | | | | | | |
| 42785 | 3/21/24 | Applied Industrial Technologies | Chicago, IL | 7,408.86 | 3/24 | 7,408.86 | Cleared |
| Supplier Address | 22510 Network Place | | | | | | |
| | Chicago IL 60673-1225 | | | | | | |
| | US | | | | | | |
| 42798 | 3/21/24 | Cintas Corporation No 2 | Cincinnati | 217.28 | 3/24 | 217.28 | Cleared |
| Supplier Address | PO Box 636525 | | | | | | |
| | Cincinnati OH 45263 | | | | | | |
| | US | | | | | | |
| 42803 | 3/21/24 | COLLETT ENTERPRISES INC | COLLETT | 279.55 | 3/24 | 279.55 | Cleared |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| **Supplier Address** | PO Box 439<br>Gypsum CO 81637<br>US | | | | | | |
| 42804 | 3/21/24 | Colorado Analytical Laboratory | Brighton, CO | 63.00 | 3/24 | 63.00 | Cleared |
| **Supplier Address** | PO Box 507<br>Brighton CO 80601<br>US | | | | | | |
| 42814 | 3/21/24 | Energy West Controls | Energy West | 1,615.35 | 3/24 | 1,615.35 | Cleared |
| **Supplier Address** | Dept. 0957<br>Denver CO 80256<br>US | | | | | | |
| 42817 | 3/21/24 | Fastenal | Fastenal Company | 2,653.19 | 3/24 | 2,653.19 | Cleared |
| **Supplier Address** | P.O. Box 1286<br>Winona MN 55987-1286<br>US | | | | | | |
| 42823 | 3/21/24 | Kurita America Inc. | Kurita America Inc. | 2,921.20 | 3/24 | 2,921.20 | Cleared |
| **Supplier Address** | PO Box 851361<br>Minneapolis MN 55485<br>US | | | | | | |
| 42835 | 3/21/24 | Power Motive Corporation | Power Motive Corp. | 4,606.42 | 3/24 | 4,606.42 | Cleared |
| **Supplier Address** | P.O. Box 912377<br>Denver CO 80291-2377<br>US | | | | | | |
| 42839 | 3/21/24 | Rivera Trucking | Gypsum, CO | 31,325.00 | 3/24 | 31,325.00 | Cleared |
| **Supplier Address** | PO Box 725<br>Gypsum CO 81637<br>US | | | | | | |
| 42843 | 3/21/24 | Schaeffer Manufacturing Co. | Schaeffer | 785.04 | 3/24 | 785.04 | Cleared |
| **Supplier Address** | Dept. 3518; PO Box 790100<br>St. Louis MO 63179-0100<br>US | | | | | | |
| 42861 | 3/21/24 | United Rentals | United Rentals - | 73.91 | 3/24 | 73.91 | Cleared |
| **Supplier Address** | PO BOX 100711<br>Atlanta GA 30384-0711<br>US | | | | | | |
| 42934 | 3/22/24 | Holy Cross Energy | Holy Cross Energy | 17,590.54 | 3/24 | 17,590.54 | Cleared |
| **Supplier Address** | 3799 Highway 82 PO Box 2150<br>Glenwood Springs CO 81602-2150<br>US | | | | | | |
| 42966 | 3/26/24 | 4 Rivers Equipment, LLC | Greeley, CO | 13,036.21 | 4/24 | 13,036.21 | Cleared |
| **Supplier Address** | 1557 Promontory Circle, Suite 110<br>Greeley CO 80634 | | | | | | |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| | US | | | | | | |
| 43010 | 3/28/24 | Airgas USA, LLC | Dallas, TX | 593.35 | 3/24 | 593.35 | Cleared |
| Supplier Address | PO Box 734671 | | | | | | |
| | Dallas TX 75373-4671 | | | | | | |
| | US | | | | | | |
| 43012 | 3/28/24 | Applied Industrial Technologies | Chicago, IL | 3,501.98 | 3/24 | 3,501.98 | Cleared |
| Supplier Address | 22510 Network Place | | | | | | |
| | Chicago IL 60673-1225 | | | | | | |
| | US | | | | | | |
| 43015 | 3/28/24 | Cintas Corporation No 2 | Cincinnati | 217.28 | 3/24 | 217.28 | Cleared |
| Supplier Address | PO Box 636525 | | | | | | |
| | Cincinnati OH 45263 | | | | | | |
| | US | | | | | | |
| 43018 | 3/28/24 | Colorado Analytical Laboratory | Brighton, CO | 63.00 | 3/24 | 63.00 | Cleared |
| Supplier Address | PO Box 507 | | | | | | |
| | Brighton CO 80601 | | | | | | |
| | US | | | | | | |
| 43027 | 3/28/24 | Kurita America Inc. | Kurita America Inc. | 9,371.10 | 3/24 | 9,371.10 | Cleared |
| Supplier Address | PO Box 851361 | | | | | | |
| | Minneapolis MN 55485 | | | | | | |
| | US | | | | | | |
| 43029 | 3/28/24 | LTJ Industrial Services, LLC | LTJ | 3,641.96 | 3/24 | 3,641.96 | Cleared |
| Supplier Address | 22505 Highway 6 | | | | | | |
| | Rifle CO 81650 | | | | | | |
| | US | | | | | | |
| 43042 | 3/28/24 | PIC Group Inc | Atlanta, GA | 138,513.14 | 3/24 | 138,513.14 | Cleared |
| Supplier Address | PO Box 934890 | | | | | | |
| | Atlanta GA 31193-4890 | | | | | | |
| | US | | | | | | |
| 43052 | 3/28/24 | TRE Environmental Strategies, | Fort Collins, CO | 720.00 | 3/24 | 720.00 | Cleared |
| Supplier Address | 100 Racquette Drive | | | | | | |
| | Fort Collins CO 80524 | | | | | | |
| | US | | | | | | |
| 43053 | 3/28/24 | TSS Renewables, Inc | Monterey, CA | 11,773.25 | 3/24 | 11,773.25 | Cleared |
| Supplier Address | PO Box 629 | | | | | | |
| | Monterey CA 93940 | | | | | | |
| | US | | | | | | |
| 43057 | 3/28/24 | Western States Fire Protection | Centennial, CO | 1,689.00 | 3/24 | 1,689.00 | Cleared |
| Supplier Address | 7026 S Tucson Way | | | | | | |
| | Centennial CO 80112 | | | | | | |
| | US | | | | | | |
| 43152 | 3/19/24 | Town of Gypsum | Town of Gypsum | 130.35 | 3/24 | 130.35 | Cleared |

| Payment Number | Date | Supplier or Party Name | Supplier Site | Amount | Cleared Date | Cleared Amount | Status |
|---|---|---|---|---|---|---|---|
| Supplier Address | PO Box 130<br>Gypsum CO 81637<br>US | | | | | | |
| 43243 | 4/3/24 | First Insurance Funding | Northbrook,IL | 104,775.79 | 4//24 | 104,775.79 | Cleared |
| Supplier Address | 450 Skokie Blvd, Suite 1000<br>Northbrook IL 60062-7917<br>US | | | | | | |
| 43502 | 4/4/24 | TSS Renewables, Inc | Monterey, CA | 18,425.23 | 4//24 | 18,425.23 | Cleared |
| Supplier Address | PO Box 629<br>Monterey CA 93940<br>US | | | | | | |

**Total for Electronic Payment** 3,686,073.42          3,648,564.42

**Total for Payment Currency USD** 3,686,073.42          3,648,564.42

**Fill in this information to identify the case:**

Debtor name  Eagle Valley Clean Energy, LLC

United States Bankruptcy Court for the: _____ District of  Colorado
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................................  $ 3,500,000.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..........................................................................................  $ 4,001,592.79

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................................  $ 7,501,592.79

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..........................  $ 35,388,978.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* .......................................................  $ 108,635.98

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............................  + $ 4,555,836.12

4.  **Total liabilities**...........................................................................................................  $ 40,053,450.10
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Eagle Valley Clean Energy, LLC

United States Bankruptcy Court for the: _____ District of  Colorado
                                                                  (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking Account | 5  7  9  2 | $ 500,737.79 |
| 3.2. | | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1**   $ 500,737.79

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $_____
   7.2. _____ $_____

Debtor   Eagle Valley Clean Energy, LLC
_____   Case number *(if known)*_____
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Prepaid expenses_____   $ 478,144.00_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                            $ 478,144.00_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   $555,370.00_____  –  _____  = .......➜   $ 555,370.00_____
                                face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:      _____  –  _____  = .......➜   $_____
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $ 555,370.00_____

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                   **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          $_____

---

Debtor    Eagle Valley Clean Energy, LLC
_____Name_____     Case number *(if known)*_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Fuel and Chemicals | 3/31/2024 <br> MM / DD / YYYY | $_____ | Cost | $ 460,992.00 |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> Spare Parts | 3/31/2024 <br> MM / DD / YYYY | $_____ | Cost | $ 234,222.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 695,214.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  Unknown _____   Valuation method_____   Current value Unknown _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor    Eagle Valley Clean Energy, LLC
          _____          Case number (if known)_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>_____ | $_____ | _____ | $_____ |
| 40. **Office fixtures**<br>_____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>_____ | $_____ | _____ | $_____ |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Eagle Valley Clean Energy, LLC
_____          Case number *(if known)*_____
          Name

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | Unknown |
| 47.1 Misc. Warehouse Equipment/Heavy | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | Appraisal + | |
| Biomass Assets - Personal Property and Rotable Parts | $_____ | Additional Depreciation | $ 1,472,127.00 |
| | Personal Property - $1,333,127.00<br>Rotable Parts - $139,000.00 | | |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                                  $ 1,472,127.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

Debtor     Eagle Valley Clean Energy, LLC
           Name
                                                          Case number (if known)_____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Land and Improvements (Energy Plant) | Own | $ 3,500,00.00 | Fair Value | $ 3,500,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 3,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☑ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>U.S. Department of Agriculture Grant | $ | | $ 300,000 |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 300,000

Debtor   Eagle Valley Clean Energy, LLC
         _____   Case number (if known) _____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____   _____ – _____ = ➡   $_____
                                 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    Property, GL, Auto, Umbrella, Excess and Crime Insurance Policy
                                                                    $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                        $_____
    **Nature of claim**        _____
    **Amount requested**       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                        $_____
    **Nature of claim**        _____
    **Amount requested**       $_____

76. **Trusts, equitable or future interests in property**

    _____                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                        $_____
    _____                        $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                $ Unknown

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☑ Yes

Debtor    Eagle Valley Clean Energy, LLC
          _____
          Name

Case number *(if known)*_____

---

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 500,737.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 478,144.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 555,370.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 695,214.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,472,127.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................ ➜ | | $ 3,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 300,000 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column. ........................... 91a. | $ 4,001,592.79 | **+** 91b. $ 3,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................................  $ 7,501,592.79

**Fill in this information to identify the case:**

Debtor name __Eagle Valley Clean Energy, LLC__

United States Bankruptcy Court for the: _____ District of __Colorado__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Rural Utilities Service Department of Agriculture | __Blanket Lien__ | $ 35,388,978.00 | $ 7,501,592.79 |

Creditor's mailing address

__1400 Independence Avenue,__
__S.W. Washington D.C. 20250__

**Describe the lien**
Mortgage and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred  2/1/2013

Last 4 digits of account number  0 0 5 3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | | $_____ | $_____ |

Creditor's mailing address
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor _____
    Eagle Valley Clean Energy, LLC

Name

Case number *(if known)*_____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2._**  **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**  **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _____Eagle Valley Clean Energy, LLC_____     Case number *(if known)*_____
              Name

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____Eagle Valley Clean Energy, LLC_____

United States Bankruptcy Court for the: _____ District of __Colorado__
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Eagle County Treasurer
Attn: Treasurer
P.O. Box 479 Eagle, Colorado 81631

As of the petition filing date, the claim is: $ 48,331.88 | Priority amount $ 48,331.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Tax

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
United States Treasury
Attn: Secretary of the Treasury
1500 Pennsylvania Ave. NW Washington, DC 20220

As of the petition filing date, the claim is: $ 60,006.10 | Priority amount $ 60,006.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Tax

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Colorado Department of Public Health and Services
Attn: Executive Director
4300 Cherry Creek Drive South, Denver CO 80246-1530

As of the petition filing date, the claim is: $ 298.00 | Priority amount $ 298.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor _____Eagle Valley Clean Energy LLC_____
       Name

Case number *(if known)*_____

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.__** Priority creditor's name and mailing address

$_____   $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____   $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____   $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____   $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Eagle Valley Clean Energy, LLC
_____
Name

Case number (if known) _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address

Greenbacker Renewable Energy Corporation

230 Park Avenue, Suite 1500 New York, NY 10169

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Intercompany

$ 3,233,349.67

Date or dates debt was incurred  Various

Last 4 digits of account number  9  3  1  6

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address

4 Rivers Equipment, LLC

1557 Promontory Circle, Suite 110

Greeley CO 80634

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ 13,036.21

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address

Airgas USA, LLC

P.O. Box 734671

Dallas TX 75373-4671

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ 647.30

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address

Applied Industrial Technologies

22510 Network Place

Chicago, IL 60673-1225

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ 15,524.80

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address

Brownstein Hyatt Farber Schreck, LLP

675 15th Street, Suite 2900

Denver, Colorado 81637

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ 1,865.50

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address

COLLETT ENTERPRISES INC

P.O. Box 507

Gypsum, Colorado 81637

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ 7,693.43

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Eagle Valley Clean Energy LLC
        Name                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.7** | **Nonpriority creditor's name and mailing address**

Cintas Corporation No 2

P.O. Box 636525

Cincinnati, OH 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ 2,197.76

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

Colorado Analytical Laboratory

PO Box 507

Brighton, CO 80601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 446.00

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

Copy Plus, Inc.

PO Box 3551, Eagle CO 81631

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 409.05

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

Danforth Shared Services LLC

P.O. Box 4222

New York, NY 10163

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany

$ 957.95

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

Fastenal

P.O. Box 1286

Winona MN 55987-1286

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 921.92

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Eagle Valley Clean Energy, LLC
_____ Name _____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.12 **Nonpriority creditor's name and mailing address**

Kurita America Inc.
P.O. Box 851361
Minneapolis MN 55485
_____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,190.72

---

3.13 **Nonpriority creditor's name and mailing address**

NAPA Auto Parts
3024 S. Glen Ave,

Glenwood Springs CO 81601

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 16.09

---

3.14 **Nonpriority creditor's name and mailing address**

PVS DX Inc
P.O. Box 674938
Dallas TX 75267-4938

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,499.10

---

3.15 **Nonpriority creditor's name and mailing address**

Power Motive Corporation
P.O. Box 912377, Denver CO 80291-2377

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,287.87

---

3.16 **Nonpriority creditor's name and mailing address**

Rexel USA, Inc.
1353 Chambers Avenue
Eagle, CO 81631

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 552.02

---

Debtor _____Eagle Valley Clean Energy, LLC_____   Case number (if known)_____
              Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Schaeffer Manufacturing Co.

Dept. 3518; PO Box 790100

St. Louis MO, 63179-0100

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 785.04

---

**3.18** Nonpriority creditor's name and mailing address

THOMPSON WELDING LLC

P.O. Box 687

Eagle CO 81631

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,372.70

---

**3.19** Nonpriority creditor's name and mailing address

TRE Environmental Strategies, LLC

100 Racquette Dr, Fort Collins, CO 80524

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 500.00

---

**3.20** Nonpriority creditor's name and mailing address

Gerard Brothers Partnership LLLP

899 Dagget Lane

Gypsum CO 81637

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 26,180.00

---

**3.21** Nonpriority creditor's name and mailing address

LTJ Industrial Services, LLC

22505 Highway 6

Rifle CO 81650

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 54,865.87

---

Debtor __Eagle Valley Clean Energy, LLC_____     Case number (if known)_____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address
PIC Group Inc
P.O. Box 934890
Atlanta, GA 31193-4890

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
◉ No
☐ Yes

$ 178,764.88

---

**3.23** Nonpriority creditor's name and mailing address
Pioneer Landscape Centers Inc
630 Plaza Drive, Suite 150
Highlands Ranch, CO 80129

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
◉ No
☐ Yes

$ 23,969.32

---

**3.24** Nonpriority creditor's name and mailing address
REDI SERVICES, LLC

P.O. Box 310
Lyman, WY 82937

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 845.00

---

**3.25** Nonpriority creditor's name and mailing address
Rivera Trucking
P.O. Box 725
Gypsum CO 81637

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
◉ No
☐ Yes

$ 6,650.00

---

**3.26** Nonpriority creditor's name and mailing address
Ron's Equipment Company

906 N US Highway 287
Fort Collins, CO 80524

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,712.65

---

Debtor  Eagle Valley Clean Energy, LLC
     Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.27** | Nonpriority creditor's name and mailing address

TSS Renewables, Inc

P.O. Box 629
Monterey CA 93940

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,556.10

---

**3.28** | Nonpriority creditor's name and mailing address

Trillium HoldCo LLC
11 E 44th St
New York, NY 10017

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,237.50

---

**3.29** | Nonpriority creditor's name and mailing address

United Rentals
P.O. BOX 100711

Atlanta GA 30384-0711

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 30,305.74

---

**3.30** | Nonpriority creditor's name and mailing address

Wellons, Inc.
2525 W Firestone Lane
Vancouver WA 98660

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 214,473.60

---

**3.31** | Nonpriority creditor's name and mailing address

Helena Agri-Enterprises, LLC

24330 US Highway 34

Greeley CO 80631

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,174.38

---

Debtor  Eagle Valley Clean Energy, LLC
        Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32**

**Nonpriority creditor's name and mailing address**

WSRP, LLC
155 North 400 West, Suite 400
Salt Lake City, UT 84103

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
[ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
[x] No
[ ] Yes

$ 20,000.00

---

**3.33**

**Nonpriority creditor's name and mailing address**

Vail Honeywagon
P.O. Box 4330
Edwards CO 81632-4330

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
[•] No
[ ] Yes

$ 231.79

---

**3.34**

**Nonpriority creditor's name and mailing address**

West Range Forest Products
P.O. Box 1598
Gypsum CO 81637

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ 630,144.41

---

**3.35**

**Nonpriority creditor's name and mailing address**

Applied Control Equipment LLP
13705 Compark Blvd

Englewood, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
[x] No
[ ] Yes

$ 2,930.79

---

**3.36**

**Nonpriority creditor's name and mailing address**

CenturyLink
P.O. Box 91155
Seattle WA 98111

**As of the petition filing date, the claim is:**
*Check all that apply.*
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
[x] No
[ ] Yes

$ 268.64

---

Debtor Eagle Valley Clean Energy, LLC
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address

Wagner Rents Inc
P.O. BOX 919000
Denver CO 80291-9000

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 11,423.07

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Air Sciences Inc.
4626 North 300 West 3rd Floor
Provo UT 84604

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 4,029.25

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Smoky Hill Engineering LLC
25397 E Geddes PL
Aurora CO 80016

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 7,820.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Debtor __Eagle Valley Clean Energy, LLC_____ Case number _(if known)_____
      Name

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. U.S. Attorney, District of Colorado<br>Attn: Civil Process Clerk<br>1801 California Street, Suite 1600 Denver, CO 80202 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. U.S. Department of Justice<br>Attn: Attorney General<br>950 Pennsylvania Avenue, NW Washington, DC 20530-0001 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. U.S. Treasury<br>Attn: Secretary of the Treasury<br>1500 Pennsylvania Ave. NW Washington, DC 20220 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. U.S. Department of Agriculture<br>USDA Rural Development<br>Attn: Hon. Andrew Berke<br>1400 Independence Ave., SW Washington, DC 20250-1510 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. Resource Engineering, Inc.<br>c/o Michael J. Erion, P.E.<br>909 Colorado Avenue, Glenwood Springs CO 81601 | Line ____<br>☐ Not listed. Explain _____<br>Water Supply Contract Contractor | __ __ __ __ |
| 4.5. Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346 Philadelphia, PA 19101-7346 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. Colorado Department of Revenue<br>ATTN: Bankruptcy Dept, RM 104<br>1881 Pierce St. Lakewood, CO 80214 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. U.S. Environmental Protection Agency Region 8<br>Attn: Bankruptcy Coordinator<br>Legal Enforcement Program, 8 ENF-L<br>1595 Wynkoop Street Denver, Colorado 80202 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. Eagle County, Colorado<br>Attn: Office of County Commissioners<br>PO Box 850 500 Broadway Eagle, CO 81631 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. Town of Gypsum<br>Attn: Mayor<br>50 Lundgren Blvd. PO Box 160 Gypsum, CO 81637 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. Colorado Rural Development State Office<br>Attn: State Director<br>Denver Federal Center Building 56, Room 2300<br>PO Box 25426 Denver, CO 80225-0426 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. Colorado River Conservation District<br>Attn: General Manager/Secretary<br>201 Centennial Street, Suite 200<br>P.O. Box 1120 Glenwood Springs, Colorado 81602 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor ___Eagle Valley Clean Energy, LLC___
     Name

Case number *(if known)* _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ Attorney General of Colorado<br>Attn: Hon. Phil Weiser<br>1300 Broadway, 8th Floor<br>Denver, CO 80203 | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ Star Capital Group, L.P.<br>650 Park Ave, Ste 210<br>King of Prussia, PA 19406 | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ Century Equipment<br>4341 Century Drive<br>Salt Lake City, UT 84123 | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _Eagle Valley Clean Energy, LLC_____   Case number _(if known)_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 108,635.98 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 4,555,836.12 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $ $4,664,472.10 |

**Fill in this information to identify the case:**

Debtor name __Eagle Valley Clean Energy, LLC__

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Small Renewable Power Purchase Agreement, Debtor is energy provider | Holy Cross Electric Association, Inc., d.b.a. Holy Cross Energy<br>P.O. Box 2150<br>Glenwood Springs, CO 81602-2150 |
| | State the term remaining | terminates on 12/31/2033 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Fuel Supply Agreement, Debtor is buyer of fuel | West Range Forest Products LLC<br>P.O. Box 1598<br>Gypsum, Colorado 81637 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Operations and Maintenance Services Agreement | PIC Group, Inc<br>P.O. Box 934890<br>Atlanta, GA 31193-4890 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Water Supply Contract | Colorado River Conservation District<br>Attn: General Manager/Secretary<br>P.O. Box 1120<br>Glenwood Springs, Colorado 81602 |
| | State the term remaining | term through June 30, 2058 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Eagle Valley Clean Energy, LLC
          _____
          Name

Case number *(if known)*_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**Fill in this information to identify the case:**

Debtor name __Eagle Valley Clean Energy, LLC__

United States Bankruptcy Court for the: _____ District of __Colorado__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor    Eagle Valley Clean Energy, LLC _____        Case number (if known)_____
_____Name_____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

DocuSign Envelope ID: 0A8A26DB-2507-4665-9350-0DBA3081BF0F

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name  Eagle Valley Clean Energy, LLC

United States Bankruptcy Court for the: _____ District of Colorado
                                                                        (State)

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/16/2024                    ✖ _____
                MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                                              Matthew Murphy
                                                              Printed name

                                                              Authorized Person
                                                              Position or relationship to debtor

United States Bankruptcy
Court District of Colorado

In Re: **Eagle Valley Clean Energy, LLC**          Case Number:

Debtor(s)                                         Chapter:          7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

Date:   4/16/2024                    Signature of Debtor(s):   /s/   DocuSigned by:

*Matthew Murphy*

A23E3CC4FDE1468...

**EVCE Creditor Matrix**

Ron's Equipment Company
906 N US Highway 287
Fort Collins, CO 80524

Applied Control Equipment LLP
13705 Compark Blvd
Englewood, CO 80112

Trillium HoldCo LLC
11 E 44th St
New York, NY 10017

Pioneer Landscape Centers Inc
630 Plaza Drive, Suite 150
Highlands Ranch, CO 80129

REDI SERVICES, LLC
P.O. Box 310
Lyman, WY 82937

Global Risk Consultants Corp.
10 Woodbridge Center Drive, Suite 7
Woodbridge NJ 07095

Helena Agri-Enterprises, LLC
24330 US HWY 34
Greeley CO 80631

West Range Forest Products
P.O. Box 1598
Gypsum CO 81637

Greenbacker Renewable Energy Corporation
230 Park Avenue, Suite 1500
New York, NY 10169

4 Rivers Equipment, LLC
1557 Promontory Circle, Suite 110
Greeley CO 80634

Airgas USA, LLC
P.O. Box 734671
Dallas TX 75373-4671

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225

Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, Colorado 80202

COLLETT ENTERPRISES INC
P.O. Box 507
Gypsum, Colorado 81637

Cintas Corporation No 2
P.O. Box 636525
Cincinnati, OH 45263

Colorado Analytical Laboratory
P.O. Box 507
Brighton, CO 80601

Copy Plus, Inc.
P.O. Box 3551
Eagle CO 81631

Danforth Shared Services LLC
P.O. Box 4222
New York, NY 10163

Evoqua Water Technologies
210 6th Ave STE 3300
Pittsburgh PA 15222

Energy West Controls
14828 West 6th Avenue 11B
Golden, Colorado 80401

Fastenal
P.O. Box 1286
Winona MN 55987-1286

Gerard Brothers Partnership LLLP
899 Dagget Lane
Gypsum CO 81637

Honnen Equipment Co
P.O. Box 561568
Denver CO 80256-1568

Kurita America Inc.
P.O. Box 851361
MinneaP.O.lis, MN 55445

LTJ Industrial Services, LLC
22505 Highway 6

Rifle CO 81650

Sunstate Equipment Co., LLC
5552 E Washington St
Phoenix AZ 85034

TEREX USA LLC
4686 Collections Center Dive
Chicago IL 60693

CenturyLink
P.O. Box 91155
Seattle WA 98111
Wellons, Inc.
2525 W Firestone Lane
Vancouver WA 98660

NAPA Auto Parts
3024 S. Glen Ave,
Glenwood Springs CO 81601

PIC Group Inc
P.O. Box 934890
Atlanta, GA 31193-4890

Ireland Stapleton Pryor & Pascoe, PC
717 17th Street Suite 2800
Denver CO 80202

Smoky Hill Engineering LLC
25397 E Geddes PL
Aurora CO 80016

Holy Cross Electric Association, Inc., d.b.a. Holy Cross Energy
P.O. Box 2150
Glenwood Springs, CO 81602-2150

Alliant Insurance Services, Inc.
P.O. Box 8377
Pasadena CA 91109

Air Sciences Inc.
4626 North 300 West 3rd Floor
Provo UT 84604

PVS DX Inc
P.O. Box 674938
Dallas TX 75267-4938

Power Motive Corporation
5000 Vasquez Boulevard

Denver, CO 80216

Rexel USA, Inc.
1353 Chambers Avenue
Eagle, CO 81631

Schaeffer Manufacturing Co.
P.O. Box 790100
St. Louis MO 63179-0100

THOMPSON WELDING LLC
P.O. Box 687
Eagle, CO 81631

TRE Environmental Strategies, LLC
100 Racquette Drive
Fort Collins, CO 80524

TSS Renewables, Inc
P.O. Box 629
Monterey CA 93940

Triple B Inc
581 Ford Street
Grand Junction, CO 81504

United Rentals
P.O. BOX 100711
Atlanta GA 30384-0711

Vail Honeywagon
P.O. Box 4330
Edwards CO 81632-4330

Wagner Equipment Co.
P.O. BOX 919000
Denver, CO 80291-9000

Wagner Rents Inc
P.O. BOX 919000
Denver CO 80291-9000

Hazen Research, Inc.
4601 Indiana Street
Golden CO 80403

Western Slope Iron & Supply Inc.
670 23 Road
Grand Junction CO 81505

Western States Fire Protection Co.

7020 S. Tucson Way
Centennial, CO 80112

Wylaco Supply Company
780 Highway 6
Gypsum, CO 81637

Town of Gypsum
Attn: Mayor
50 Lundgren Blvd.
P.O. Box 160
Gypsum, CO 81637

DPC INDUSTRIES, INC
P.O. Box 301023
Dallas, TX 75303

First Insurance Funding
450 Skokie Blvd, Suite 1000
Northbrook IL 60062-7917

WSRP, LLC
155 North 400 West, Suite 400
Salt Lake City, UT 84103

Three Rivers FS Company
1200 Field of Dreams Way
Dyersville, IA 52040

Black Timber Industrial, LLC
11473 County Road 133
Silt CO 81652

Cogency Global Inc.
122 42nd Street, 18FL
New York NY 10168

Siemens Energy, Inc.
Dept. CH 10169
Palatine IL 60055

Rivera Trucking
P.O. Box 725
Gypsum CO 81637

Star Capital Group, L.P.
650 Park Ave, Ste 210
King of Prussia, PA 19406

Century Equipment
4341 Century Drive

Salt Lake City, UT 84123

Internal Revenue Service
Centralized Insolvency Operation
P.O.st Office Box 7346
Philadelphia, PA 19101-7346

Colorado Department of Revenue
ATTN: Bankruptcy Dept, RM 104
1881 Pierce St.
Lakewood, CO  80214

Attorney General of Colorado
Attn: Hon. Phil Weiser
1300 Broadway, 8th Floor
Denver, CO 80203

U.S. Attorney, District of Colorado
Attn: Civil Process Clerk
1801 California Street
Suite 1600
Denver, CO 80202

U.S. Department of Agriculture
USDA Rural Development
Attn: Hon. Andrew Berke
STOP 1510, RM 4121-S
1400 Independence Ave., SW
Washington, DC 20250-1510

U.S. Department of Justice
Attn: Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Environmental Protection Agency Region 8
Attn: Bankruptcy Coordinator
Legal Enforcement Program, 8 ENF-L
1595 Wynkoop Street
Denver, Colorado 80202

U.S. Treasury
Attn: Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220

Eagle County Treasurer
Attn: Treasurer
P.O. Box 479
Eagle, Colorado 81631

Eagle County, Colorado
Attn: Office of County Commissioners
P.O. Box 850
500 Broadway
Eagle, CO 81631

Colorado Department of Public Health and Services
Attn: Executive Director
4300 Cherry Creek Drive South
Denver CO 80246-1530

Town of Gypsum
Attn: Mayor
50 Lundgren Blvd.
P.O. Box 160
Gypsum, CO 81637

Colorado Rural Development State Office
Attn: State Director
Denver Federal Center
Building 56, Room 2300
P.O. Box 25426
Denver, CO 80225-0426

Colorado River Conservation District
Attn: General Manager/Secretary
201 Centennial Street, Suite 200
P.O. Box 1120
Glenwood Springs, CO 81602