## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE VALLEY CLEAN ENERGY, LLC | ) Case No. 24-11903-MER |
| | ) Chapter 7 |
| *Debtor.* | ) |
| | ) |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY TO TERMINATE OPERATIONS AND MAINTENANCE SERVICES AGREEMENT

This Matter comes before the Court on the Motion for Relief from Automatic Stay to Terminate Operations and Maintenance Services Agreement (the "*Motion for Relief from Stay*") filed by PIC Group, Inc. ("*PIC*").  The Court having reviewed the Motion for Relief from Stay and there being good cause shown, it is hereby:

ORDERED, that the Motion for Relief from Stay is GRANTED.

IT IS FURTHER ORDERED that the relief from automatic stay is lifted to allow PIC to take any and all steps necessary to terminate the Operations and Maintenance Services Agreement.

IT IS FURTHER ORDERED that the stay of this Order under Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

Dated: _____.     BY THE COURT:


_____
The Honorable Michael E Romero
United States Bankruptcy Court